UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Named Plaintiff's Group                    Case No. 1-07-CA-962-SS

    Plaintiffs                                Hon. Judge Samuel Sparks

v.
                                    **ORDER**

Rissi L. Owens, et al.

    Defendants

Plaintiffs filed a Motion for a Default Judgment, stating that Defendants were obligated to answer or object to their Complaint by February 15, 2008. Defendants have not answered or objected to this complaint and they are now 32 days past due. Plaintiffs have filed an Affidavit and a Memorandum in Support. Furthermore, the docket corroborates Plaintiffs' facts.

Plaintiffs' filed a subsequent motion seeking to amend the default judgment by dropping the second and third claims and asking this Court to issue a default judgment as to only the first claim submitted in their Complaint. For good cause, Plaintiffs state that the 2nd and 3rd claims are not suitable for a default judgment.

For good cause shown, the Court hereby finds that the requirements for issuing a Default Judgment have been satisfied. The Court further

concurs with Plaintiff and finds that a default judgment should only issue for the first claim filed. Since no monetary damages have been sought, the Court hereby orders a hearing on _____, ___, 2008 pursuant to Fed.R.Civ.P. 55(b), whereby Plaintiffs are ordered to appear and establish the truth of the allegations in the first claim in their complaint. After said hearing, the Court will set out the terms of this Default Judgment.

      IT IS SO ORDERED.


                                              _____
                                              Judge


Proposed Order submitted
By Plaintiffs Counsel

/s/ Norman L. Sirak